**CANTWELL v. CANTWELL**

[335 N.C. 235 (1993)]

CAMERON W. CANTWELL v. JANET A. CANTWELL

No. 186PA93

(Filed 3 December 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 109 N.C. App. 395, 427 S.E.2d 129 (1993), affirming an order by Cash, J., dismissing defendant's claim for alimony, entered 2 December 1991 in District Court, Buncombe County. Heard in the Supreme Court 17 November 1993.

*Dennis J. Winner, P.A., by Dennis J. Winner, for plaintiff-appellee.*

*Gum, Hillier and Friesen, P.A., by Howard L. Gum; and Carter & Kropelnicki, P.A., by Steven Kropelnicki, Jr., for defendant-appellant.*

PER CURIAM.

After reviewing the record proper and the briefs of the parties and considering the oral arguments of counsel, we conclude that defendant-appellant's petition for discretionary review was improvidently allowed.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.